# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JASMYNE JOSEPH,

Appellant,

v.

SD ST. PETE 454, LLC d/b/a ARYA LIFESTYLED LIVING,

Appellee.

No. 2D2025-1476

———————————————

April 1, 2026

Appeal from the County Court for Pinellas County; Edwin B. Jagger, Judge.

Jasmyne Joseph, pro se.

Elizabeth S. Rivera of Barfield McCain Ayoub, P.A., West Palm Beach, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.